In the Matter of the Application of STANLEY J. McCARTHY, Appellant, for an Order of Mandamus against WILLIAM FELLOWES MORGAN, JR., Commissioner of Public Markets of the City of New York, and THE CITY OF NEW YORK, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of WILLIAM KENT and Others, Respondents, for an Order of Mandamus against ABRAHAM KAPLAN, President, FERDINAND Q. MORTON and Another, Members of and Constituting the Municipal Civil Service Commission of the City of New York, Respondents. MICHAEL RICHTER and Others, Intervening Defendants, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD J. SEIDMAN, Defendant. BELLA ZELLER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent. STOCKHOLDERS COMMITTEE OF THE WORLD EXCHANGE BANK in Liquidation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MURIEL SOPHIAN, Appellant, v. LAWRENCE SOPHIAN, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion of plaintiff granted, unless defendant pays all arrears within five days after service of a copy of the order to be entered hereon, and without prejudice to an application by the defendant for an order modifying the decree with respect to the amount of alimony. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

TREND REALTY CO., INC., Respondent, v. 755 SEVENTH AVENUE CORPORATION, Appellant, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

AMERICAN DRY ICE CORPORATION, Appellant, v. DELANCEY CHEMICAL CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [155 Misc. 661.]